UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIDGELINE DIGITAL, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11326-JLT |
| | * | |
| E.MAGINATION NETWORK, LLC and | * | |
| DANIEL J. ROCHE, | * | |
| | * | |
| Defendants. | * | |

ORDER

October 5, 2010

TAURO, J.

After reviewing Plaintiff's written submissions, this court hereby orders that Plaintiff's Emergency Motion for Leave of Court to Conduct Limited Discovery of Third Party [#4] is ALLOWED.  Plaintiff may issue a subpoena on The Columbia Bank seeking bank statements and copies of checks issued on the e.magination bank account from July 1, 2010 until October 5, 2010.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge